**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| IN RE: | CASE NO: 10-34715 |
|---|---|
| Angel D Shumaker | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4352659**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 28 | CIT CONSUMER FINANCE OPERATIONS<br>ONE CIT DRIVE<br>LIVINGSTON, NJ  07039 | 2,078.58 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/8/2015

CERTIFICATE OF SERVICE   10-34715

I hereby certify that on December 9, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

CHRISTOPHER OWEN
3131 S DIXIE DR
SUITE 410
MORAINE, OH 45439

And on the following by ordinary U.S. Mail, on December 9, 2015:

Angel D Shumaker
223 Amsterdam Dr.
Xenia, OH 45385

(37.1n)
CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX 76006

(32.1n)
CAPITAL ONE BANK USA NA
BOX 12907
NORFOLK, VA 23541

(28.1)
CIT CONSUMER FINANCE OPERATIONS
ONE CIT DRIVE
LIVINGSTON, NJ 07039

(31.1n)
EAST BAY FUNDING LLC
RESURGENT CAPITAL SERVICES
BOX 288
GREENVILLE, SC 29603

(35.1n)
ECMC
BOX 16408
ST PAUL, MN 55116

(39.1n)
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
BOX 75906
ST PAUL, MN 55175

(27.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131

(30.1n)
OHIO DEPARTMENT OF TAXATION
% DOUGLAS SLADOJE & VICTORIA OLDHAM
38 SOUTH PAINT ST
CHILLOCOTHE, OH 45601

(33.1n)
OHIO DEPT OF TAXATION
% RAYMOND J PIKNA JR
600 VINE ST STE 2500
CINCINNATI, OH 45202

(34.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

CIT CONSUMER FINANCE OPERATIONS
ONE CIT DRIVE
LIVINGSTON, NJ 07039