UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:    | CASE NO: 10-34715
    Angel D Shumaker    | (Chapter 13)

    Debtor    | JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4352659**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 28 | CIT CONSUMER FINANCE OPERATIONS<br>ONE CIT DRIVE<br>LIVINGSTON, NJ  07039 | 2,078.58 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/8/2015

CERTIFICATE OF SERVICE                    10-34715
---

I hereby certify that on December 9, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

| | |
|---|---|
| OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH 43215 | CHRISTOPHER OWEN<br>3131 S DIXIE DR<br>SUITE 410<br>MORAINE, OH 45439 |

And on the following by ordinary U.S. Mail, on December 9, 2015:

| | | |
|---|---|---|
| Angel D Shumaker<br>223 Amsterdam Dr.<br>Xenia, OH 45385 | (37.1n)<br>CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX 76006 | (32.1n)<br>CAPITAL ONE BANK USA NA<br>BOX 12907<br>NORFOLK, VA 23541 |
| (28.1)<br>CIT CONSUMER FINANCE OPERATIONS<br>ONE CIT DRIVE<br>LIVINGSTON, NJ 07039 | (31.1n)<br>EAST BAY FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>BOX 288<br>GREENVILLE, SC 29603 | (35.1n)<br>ECMC<br>BOX 16408<br>ST PAUL, MN 55116 |
| (39.1n)<br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>BOX 75906<br>ST PAUL, MN 55175 | (27.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE  SUITE 1120<br>MIAMI, FL 33131 | (30.1n)<br>OHIO DEPARTMENT OF TAXATION<br>% DOUGLAS SLADOJE & VICTORIA OLDHAM<br>38 SOUTH PAINT ST<br>CHILLOCOTHE, OH 45601 |
| (33.1n)<br>OHIO DEPT OF TAXATION<br>% RAYMOND J PIKNA JR<br>600 VINE ST STE 2500<br>CINCINNATI, OH 45202 | (34.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA 23541 | |
| CIT CONSUMER FINANCE OPERATIONS<br>ONE CIT DRIVE<br>LIVINGSTON, NJ 07039 | | |

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

The CIT Group/Consumer Finance, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of CIT Consumer Finance in the amount of $2,078.58 and held by the United States Bankruptcy Court, Southern District of Ohio in the matter of ANGEL D. SHUMAKER with case number 10-34715.

The CIT Group/Consumer Finance, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to CIT Consumer Finance. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of The CIT Group/Consumer Finance, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of The CIT Group/Consumer Finance, Inc.

Signed this 7th day of March, 2016.

The CIT Group/Consumer Finance, Inc.

By: _____
Barrie Saltzman
Vice President –
Escheatment Officer, Corporate Tax

Tax ID No. 13-2607259 The CIT Group/Consumer Finance, Inc. (NY)
62-1717999 The CIT Group/Consumer Finance, Inc. (TN)

---

State of New Jersey

County of Essex

On March 7, 2016 before me, Nancy A. Onjack, Notary Public, personally appeared Barrie Saltzman who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: Nancy A. Onjack
My Commission Expires: 1-27-2021

NOTARY SEAL

[Notary Seal: NANCY A ONJACK, NOTARY PUBLIC, NEW JERSEY]

| Form **851** (Rev. December 2010) Department of the Treasury Internal Revenue Service | **Affiliations Schedule** ▶ File with each consolidated income tax return. For tax year ending 12/31/2014 | OMB No. 1545-0025 |
|---|---|---|

| Name of common parent corporation | Employer identification number |
|---|---|
| CIT Group Inc. | 65-1051192 |

Number, street, and room or suite no. If a P.O. box, see instructions.
1 CIT Drive, Attn: Corp Tax (MS #2108A)

City or town, state, and ZIP code
Livingston, NJ 07039

### Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
|   | Subsidiary corporations: | | | |
| 2 | CIT Group/Commercial Services, Inc. (VA)<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | | | |
| 3 | CIT China 7, Inc.<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | | | |
| 4 | CIT Group/Business Credit, Inc.<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | | | |
| 5 | CIT Commercial Service-Pan Pacific, Ltd.<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | | | |
| 6 | CIT China 6, Inc.<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | | | |
| 7 | CIT Group/Consumer Finance, Inc. (NY)<br>1 CIT Drive, Attn: Corp Tax (MS #2108A)<br>Livingston, NJ 07039 | 13-2607259 | | |
|  | Totals (Must equal amounts shown on the consolidated tax return.) ▶ | | NONE | NONE |

### Part II  Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation<br>Holding Company | 551112 | | | | | | |
|   | Subsidiary corporations: | | | | | | | |
| 2 | LENDING AND LEASING | 532400 | | X | | % | % | |
| 3 | LENDING AND LEASING | 532400 | | X | | % | % | |
| 4 | BUSINESS CREDIT INSTITUTE | 522298 | | X | | % | % | |
| 5 | Leasing | 532400 | | X | | % | % | |
| 6 | LEASING | 532400 | | X | | % | % | |
| 7 | Consumer Lending | 522299 | | X | | % | % | |

JSA
4C2010 1.000　For Paperwork Reduction Act Notice, see instructions.　　　　　　　　　　　　　　　　　　Form **851** (Rev. 12-2010)
0004B4　G69D　　　　　　　　　V14-6.5F　65-1051192

```
            BUSINESS ADDRESS:
                    STREET 1:               1 CIT DRIVE, #3251-9
                    CITY:                   LIVINGSTON
                    STATE:                  NJ
                    ZIP:                    07039
                    BUSINESS PHONE:         973-740-5796

            MAIL ADDRESS:
                    STREET 1:               1 CIT DRIVE, #3251-9
                    CITY:                   LIVINGSTON
                    STATE:                  NJ
                    ZIP:                    07039

    FILER:

            COMPANY DATA:
                    COMPANY CONFORMED NAME:                 Cit Group/Consumer Finance, Inc.
(TN)
                    CENTRAL INDEX KEY:                      0001474175
                    IRS NUMBER:                             621717999
                    STATE OF INCORPORATION:                 DE
                    FISCAL YEAR END:                        1231

            FILING VALUES:
                    FORM TYPE:              T-3/A
                    SEC ACT:                1939 Act
                    SEC FILE NUMBER:        022-28906-10
                    FILM NUMBER:            091136356

            BUSINESS ADDRESS:
                    STREET 1:               1 CIT DRIVE, #3251-9
                    CITY:                   LIVINGSTON
                    STATE:                  NJ
                    ZIP:                    07039
                    BUSINESS PHONE:         973-740-5796

            MAIL ADDRESS:
                    STREET 1:               1 CIT DRIVE, #3251-9
                    CITY:                   LIVINGSTON
                    STATE:                  NJ
                    ZIP:                    07039

    FILER:

            COMPANY DATA:
                    COMPANY CONFORMED NAME:                 CIT Group/Business Credit, Inc.
                    CENTRAL INDEX KEY:                      0001474223
                    IRS NUMBER:                             132782195
                    STATE OF INCORPORATION:                 NY
                    FISCAL YEAR END:                        1231

            FILING VALUES:
                    FORM TYPE:              T-3/A
                    SEC ACT:                1939 Act
                    SEC FILE NUMBER:        022-28906-33
                    FILM NUMBER:            091136363

            BUSINESS ADDRESS:
                    STREET 1:               1 CIT DRIVE, #3251-9
                    CITY:                   LIVINGSTON
                    STATE:                  NJ
```

# CIT

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Kenneth Boyle, Senior Vice President – Global Tax of CIT Group Inc., certify that Barrie Saltzman is the Vice President - Escheatment Officer, Corporate Tax for CIT Group Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by CIT Group Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in CIT Group Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

CIT Group Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 19th day of November, 2015.

_____  
Kenneth Boyle  
Senior Vice President – Global Tax  
CIT Group Inc.  
One CIT Drive  
Livingston, NJ 07039

_____  
Barrie Saltzman  
Vice President - Escheatment Officer,  
Corporate Tax  
CIT Group Inc.  
One CIT Drive, Mail Stop 2108-A  
Livingston, NJ 07039-5703

State of NJ, County of Essex

Before me, Kenneth Boyle, Senior Vice President – Global Tax, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   2/11/2016  
Notary's Signature   LAURIE A. NICKERSON-BABB   Commission Expires  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 2/11/2016  
State of New Jersey,  County of Essex

Before me, Barrie Saltzman, Vice President - Escheatment Officer, Corporate Tax, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   2/11/2016  
Notary's Signature   Commission expires  
LAURIE A. NICKERSON-BABB  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 2/11/2016

CIT
One CIT Drive
Livingston, NJ 07039
t: 973.422.3152  f: 973.740.5550
Barrie.Saltzman@cit.com
cit.com



**Barrie Saltzman**
VP, Escheatment Officer





CIT

One CIT Drive
Livingston, NJ 07039

t: 973.740.5048  f: 973.740.5550
ken.boyle@cit.com

www.cit.com

**Kenneth C. Boyle**
Senior Vice President
Tax Director

